```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02305
   RUBEN MOYENTON
   GUADALUPE M VALENZUELA                   CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-7964    SSN XXX-XX-2052

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/09/2006 and was confirmed 04/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/31/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED             620.00      10.13       620.00
AMERICAN GENERAL FINANCE  UNSEC W/INTER       885.73      26.52       885.73
MONOGRAM CREDIT OF GEORG  SECURED            1500.00     160.32       744.15
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00        .00          .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE     35973.52        .00     21705.08
FNANB                     UNSEC W/INTER  NOT FILED         .00          .00
NICOR GAS                 UNSEC W/INTER  NOT FILED         .00          .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER  NOT FILED         .00          .00
B-LINE LLC                UNSEC W/INTER      2044.09      56.21      2044.09
ST ALEXIUS MEDICAL CENTE  UNSEC W/INTER       485.51      14.52       485.51
Z TEL COMMUNICATIONS      UNSEC W/INTER       167.77       5.04       167.77
FORD MOTOR CREDIT         UNSEC W/INTER      4126.49     113.52      4126.49
KATHLEEN VAUGHT           DEBTOR ATTY            .00                     .00
TOM VAUGHN                TRUSTEE                                    2,054.36
DEBTOR REFUND             REFUND                                       331.56

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 33,551.00

PRIORITY                                            .00
SECURED                                       23,069.23
   INTEREST                                      170.45
UNSECURED                                      7,709.59
   INTEREST                                      215.81
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                           2,054.36
DEBTOR REFUND                                    331.56
                         ---------------      ---------------
TOTALS                  33,551.00             33,551.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 02305 RUBEN MOYENTON & GUADALUPE M VALENZUELA
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/29/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE